**Order entered June 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-11-00066-CV

---

### IN THE INTEREST OF A.B.P., A MINOR CHILD

---

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-52013-05**

---

## ORDER

We **REINSTATE** the appeal. By order dated April 15, 2013, this appeal was abated to allow the trial court an opportunity to:

1) Make a finding in accordance with the Texas Supreme Court opinion in *Iliff v. Iliff*, including whether or not it found Jimmie Prindle, Jr. to be intentionally unemployed or underemployed; and

2) Make any other findings and recommendations the trial court deemed appropriate regarding the intentional unemployment or underemployment at issue.

On May 30, 2013, the Court received the supplemental record, which contains thirty-six (36) findings of fact and conclusions of law.

Based upon the status of this case, in light of the trial court's May 29, 2013 findings of fact and conclusions of law, we will allow the parties to file supplemental briefs only as to the merits of the issues raised by appellant in his opening brief. Accordingly, this Court **ORDERS**

appellant to file either a supplemental brief or waiver of further briefing within **THIRTY (30) DAYS** of the date of this order. We **ORDER** appellee to file either a supplemental brief or waiver of further briefing within **SIXTY (60) DAYS** of the date of this order. No extensions will be granted.

/s/    DOUGLAS S. LANG
PRESIDING JUSTICE